**DISMISS and Opinion Filed October 28, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-22-00652-CV**

_____

**CALRAYMOND ALLEN, Appellant**

**V.**

**FOREST GREEN MANOR, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-02706-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

After appellant failed to timely file his brief, we directed appellant by postcard dated September 19, 2022 to file his brief within ten days and cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

220652F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CALRAYMOND ALLEN, Appellant

No. 05-22-00652-CV         V.

FOREST GREEN MANOR, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas

Trial Court Cause No. CC-22-02706-E.

Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered October 28, 2022